Jose deJesus Ruvalcaba
Registration #32884-112
Marianna FCI
P.O. Box 7007
Marianna, FL 32447-7007

Honorable Judge George A. O'Toole
District of Massachusetts
John J. Moakley Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Your Honor,

It is my most sincere hope that in sharing and revealing my experience with you, I might be found worthy of some degree of consideration from the Court. It has been difficult for me to frame into words all of the thoughts and feelings I have had on this very important matter. How does one go about saying or proving themselves worthy of such consideration? I do not know. I only know that my words alone cannot begin to sound the depths of my sincerity or experience, so I will do the best I am able with as few words as possible.

First, I would like to put my best foot forward and demonstrate the many positive changes I have made while incarcerated. I have enclosed letters and programming reports that will better represent my level of commitment to change and accepting responsibility than any words I could attempt. In addition to these accomplishments, I have also remained free of any disciplinary actions or charges for the past 12 years.

Change has not come easily for me. I grew up in East Los Angeles and joined a gang at an early age. I became inured to a culture that espouses values I no longer identify myself with. Getting myself out of that culture has been the best choice I have made in my life, and has since become the impetus I needed to re-invent myself as a positive and constructive individual. Where I used to cling to those street values and blame everyone and everything else for my own faults and actions, I now understand that I have always been at the epicenter of my own choices and behavior. As I have come to realize this, I have also begun to realize the negative consequences that my actions have had on others. It is a bitter irony: change has improved and enriched my life in ways I never could have imagined, but it has also opened my eyes to the terrible suffering and damage I have inflicted upon others.

At the time of my arrest and trial I refused to cooperate because was truly afraid for myself and for my family's safety. I felt responsible to keep my family out of danger in any way that I could. I was also scared because I felt that I had been unfairly singled-out for the most rigorous prosecution. Of all the co-defendants in my case, my sentence was by far the longest (2 co-defendants received sentences less than 10-years; 1 received a 20-year sentence; and 1 facing 30-Life received Time Served after 599 days).

I cannot imagine there will ever be a time in my life when I no longer feel the stab of guilt and remorse for the suffering I have caused others. It is something I live with and think about every single day. It is my own curse to know that I can never undo the wrongs or reverse the suffering I have brought into this world. I can only commit myself to maintaining the changes I have begun. Is it enough?

I am the last male in my immediate family. My only brother passed in 2011, and it would be a great boon to my family and parents if I were able to assist them in their declining years. I have an excellent support network in my fiancee and family, ready to help me re-integrate in every way: job, housing, financial, emotional support, etc. I have already missed-out on 12 years of my children's lives, and I now have Grandchildren I have never even seen.

Lastly, and perhaps most importantly, I believe very strongly that I can live my life respecting and abiding by the Law. and I believe in paying forward- one positive action deserves another, and I know that I have much to offer others if given the opprtunity. It is my wish to support my family and continue my education, beginning with enrollment in East Los Angeles Community College (ELACC) to study in drug-counseling, fitness, and personal training, and to attend welding school through VocRehab. I would consider it a privilege to mentor for Youth America, and possibly share my life-experience as a counselor and speaker for schools and community centers.

I believe there are people who could benefit from my experiences, and perhaps in this kind of endeavor I could find a modicum of peace and redemption, and create something positive and worthwhile from the wreckage I have made of my life. Maybe then and only then it could all make sense and be for some good purpose.


Thank you for your time and consideration,
Yours, very truly,

*[signature]*

Jose de Jesus Ruvalcaba
CASE:  1:05-CR-10037-GAO



Psychology Services

U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex
Tucson, AZ 85706

January 6, 2015

MEMORANDUM FOR JUDGE O-TOOLE:

FROM: M. Mitstifer, Psy.D.
Challenge Coordinator

SUBJECT: Inmate Ruvalcaba, J. Register #32884-112

This memo serves to outline Inmate Ruvalcaba's contributions to the Challenge Program's Modified Therapeutic Community at USP Tucson. Challenge is a residential modified therapeutic community program where inmates engage in half day programming for a minimum of 500 hours, over an average 12-18 month period. Inmate Ruvalcaba successfully completed the program on 06/26/2014. After completion of the program, inmate Ruvalcaba continued to reside in the community where his contributions are observed as beneficial. He has been observed to assist new participants with the MTC mission, attitudes and core values of the program, attends daily community meetings and has remained discipline free.

Inmate Ruvalcaba has played an integral role as a Challenge Program graduate, and has consistently demonstrated effective listening, processing and communication skills. Inmate Ruvalcaba has also voluntarily participated in community committees such as the program's resources/activities committee where he manages the resource room and exercise equipment in unit.

Inmate Ruvalcaba additionally serves as an inmate Suicide Prevention Companion since activation of this program. Inmate Ruvalcaba has consistently demonstrated that he is dependable and responsible. His reliability is exemplary and his maturity a community asset.

Cc: A. Stenquist, Case Manager

**SENSITIVE BUT UNCLASSIFIED**



## Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 01-16-2013 - NRDAP - Progress Review
**Reg Number-Name:** 32884-112 - RUVALCABA, JOSE
**Author:**
**Institution:** TCP - TUCSON USP

Inmate Ruvalcaba has been a good participant in the Nonresidential Drug Abuse Program. His best reflection of thoughts comes from his daily journal. While Ruvalcaba may be a more quiet participant in group, he has taken good notes of the group discussions and material, then will write about how they apply to his lifestyle. Ruvalcaba is another one of the participants that took a liking to the work on criminal lifestyle. Ruvalcaba has commented on just how powerful and in control he felt in his criminal lifestyle he led on the streets. He had no problem understanding how that in itself it becomes addicting. He gave a great example of his need for immediate gratification by the lifestyle he led. From the beginning, Ruvalcaba gives the impression that he is willing to go along with the activities held in group, and he has. His best one yet, was a role playing exercise on just how difficult it may be to change or better peoples beliefs and just how powerful beliefs are.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-27-2013 - Challenge - 60 Day Progress Review
**Reg Number-Name:** 32884-112 - RUVALCABA, JOSE
**Author:** ███████
**Institution:** TCP - TUCSON USP

Mr. Ruvalcaba presents as a strong programmer. He is currently in the Rational Thinking Journal and continues to present a positive attitude toward the program and its objectives. During his orientation "readiness statement" he presented and discussed how he engaged in denial, minimization, and projection with his programming group. He readily accepts the tools presented in process group including RSA and attitude checks to improve his ability to cope with stressors by reviewing and changing his self-talk. Additionally he utilizes exercise, specifically running, as a method to manage his triggers in a pro-social fashion. Ruvalcaba will continue to develop tools throughout the "criminal thinking" and "communications" journals in order to effectively manage his emotions and feelings in a pro-social manner.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 09-12-2013 - Challenge - 60 Day Progress Review
**Reg Number-Name:** 32884-112 - RUVALCABA, JOSE
**Author:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Institution:** TCP - TUCSON USP

Mr Ruvalcaba is currently in the Criminal Lifestyles Journal (Phase II). Ruvalcaba continues to be an effective programmer. He understands the main components of the program including RSA's, attitude checks, and has shown an ability to give impactful feedback to other inmates in the community. He continues to push himself in group and completes all journal and process assignments in a timely manner. He attends all community meetings.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**



## Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 11-07-2013 - Challenge - 60 Day Progress Review
**Reg Number-Name:** 32884-112 - RUVALCABA, JOSE
**Author:**
**Institution:** TCP - TUCSON USP

Mr. Ruvalcaba is currently enrolled in the Communications Journal of Phase II. He has shown tremendous growth and understanding during his time in the program. He understands RSA's, attitude checks, and the thinking errors. He also has demonstrated leadership potential throughout groups. Other community members respect and appreciate his feedback and self-disclosure. He continues to be helpful and caring to community members and the unit. He is part of the Sanitation Committee. Ruvalcaba has good attendance during all groups and community meetings and continues to program in an effective manner.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**



## Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 12-26-2013 - Challenge - 60 Day Progress Review
**Reg Number-Name:** 32884-112 - RUVALCABA, JOSE
**Author:**
**Institution:** TCP - TUCSON USP

Mr. Ruvalcaba is currently enrolled in the Violence Prevention Journal of Phase II. Mr Ruvalcaba continues to demonstrate growth and understanding of himself through the tools of the Challenge Program. He continues to provide direct, honest, straight-forward feedback and is able to self-disclose in an effective manner. He also has demonstrated leadership potential throughout groups- community, process, and journal groups respect his opinions, insights, and feedback. He continues to be helpful and caring to community members and the unit and as part of the Sanitation Committee- he completes his assigned job. Ruvalcaba has a good attendance during all groups and community meetings and continues to program effectively.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**



## Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 02-12-2014 - Challenge - 60 Day Progress Review
**Reg Number-Name:** 32884-112 - RUVALCABA, JOSE
**Author:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Institution:** TCP - TUCSON USP

Mr. Ruvalcaba is currently enrolled in the Lifestyles Balance Journal of Phase III of the program. Mr Ruvalcaba continues to demonstrate positive growth and understanding of himself through the tools of the Challenge Program. Ruvalcaba provides direct, honest, straight-forward feedback and is able to self-disclose in an effective manner. He has taken ownership of his drug use, criminal past, and the social harm he has caused to his family and society. Mr Ruvalcaba is also able to exceptionally practice and apply the program tools. He continues to be helpful and caring to community members and the unit and as part of the Sanitation Committee- he completes his assigned job. Ruvalcaba has a good attendance during all groups and community meetings and continues to program effectively. Treatment will reflect that he has accomplished the goals of understanding the program tools (RSA's, attitude checks), accepted responsibility for his criminal past, able to emotionally self-regulate, and has addressed his problems with drug abuse (methamphetamines). Furthermore, this author will address his need to build his assertive communication to a deeper level in an effort to continue to develop his skills in the program. As he continues into Phase III the skills of the "Spoke Check" specifically – meaning and purpose will need to be emphasized as many times in groups he has stated that he has a life sentence. Deeper level processing is appropriate and expected for Mr Ruvalcaba as treatment continues into the last phase of the program.

**SENSITIVE BUT UNCLASSIFIED**

# Certificate of Achievement

**CHALLENGE COMPLETE**
**USP TUCSON, AZ**

is presented to:

## Mr. Ruvalcaba

for successfully completing all requirements of the Transition Phase (III) Challenge Treatment Program at USP Tucson, AZ. This certificate additionally acknowledges his full completion of this residential, evidence based, cognitive-behavioral treatment program designed to facilitate favorable institutional adjustment and successful reintegration to the community.

_____  06/2014             _____  06/2014
Dr. Mitstifer        Date                Mr. Martinson        Date
Challenge Coordinator                    Challenge Treatment Specialist



# CHALLENGE COMMUNITY MENTOR CHOICE AWARD

## "Inspiration & Self-Determination"

is presented to:

### Mr. Ruvalcaba

For inspiring others by exemplifying the power of self-determination in personal outcomes. This is in recognition for your laudable ongoing work in overcoming life changing health challenges, and inspiring the Challenge Community in the process.

March 2014



M. Mitstifer, Psy.D
Challenge Coordinator




# Certificate of Completion

### This is to certify that

## JOSE RUVALCABA #32884-112

has completed the Drug Educational Program
at the Federal Correctional Complex,
Tucson, Arizona.

__March 18, 2014__
Date

_A. Estrada, DTS_

Certificate #TCP-577/14-14

# CERTIFICATE OF COMPLETION

## PARENTING

THIS IS TO CERTIFY THAT

# Jose Ruvalcaba

HAS SHOWN COMPETENCY IN ESTABLISHING AND/OR REESTABLISHING A CONNECTION WITH HIS CHILD/CHILDREN, ISSUED THIS DATE OF OCTOBER 14, 2010

EDUCATION DEPARTMENT, FCC - TUCSON
TUCSON, ARIZONA

*T. Smith*
T. Smith, Teacher

*M. Clark*
M. Clark, Assistant Supervisor of Education

# P.U.S.H.

PUSH UNTIL SOMETHING HAPPENS

## Jose Ruvalcaba

CERTIFICATE OF ACHIEVEMENT FOR SUCCESSFULLY COMPLETING
50 HOURS IN THE PUSH PROGRAM

- *STILL TALKING*
- **MIND YOUR BUSINESS**
- BREAKING THE MOLD/TEAM BUILDING
- CAREER DEVELOPMENT
- THE IDIOT FACTOR

N. FAJARDO, ED. TECH.